```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-CR-155-TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| GUZMAN-JUAREZ et al., | ) Date:  November 10, 2016 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Hayes H. Gable, III, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on September 29, 2016.

    2.  By this stipulation, the defendants now move to continue the status conference until November 10, 2016 at 9:30 a.m., and to exclude time between

September 29, 2016 and November 10, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

    3. The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant. Additionally, the Government has indicated they will be producing the contents of each cellular phone to the defendant from whom the particular phone was seized as well as reviewing the cellular phones' contents for broader production to the defendants.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 29, 2016, to November 10, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the

ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

```
Dated:  September 22, 2016        /s/  Clemente M. Jimenez
                                  CLEMENTE M. JIMENEZ
                                  Attorney for Defendant
                                  Salvador Guzman-Juarez


Dated:  September 22, 2016        /s/  Michael D. Long
                                  MICHAEL D. LONG
                                  Attorney for Defendant
                                  Dolores Castorena


Dated:  September 26, 2016        /s/  Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  Pedro Nolasco-Sanchez


Dated:  September 22, 2016        /s/  Toni L. White
                                  TONI L. WHITE
                                  Attorney for Defendant
                                  Fidel Nolasco-Sanchez


Dated:  September 22, 2016        /s/  John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Zenon Nolasco-Sanchez


Dated:  September 26, 2016        /s/  Hayes H. Gable
                                  HAYES H. GABLE
                                  Attorney for Defendant
                                  Domingo Nolasco-Sanchez


Dated:  September 22, 2016        Phillip A. Talbert
                                  Acting United States Attorney

                                  by: /s/  Owen Roth
                                  OWEN ROTH
                                  Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of September, 2016.

_____
Troy L. Nunley
United States District Judge