```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-CR-155-TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| GUZMAN-JUAREZ et al., | ) Date:  January 19, 2017 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Hayes H. Gable, III, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on November 10, 2016.

   2.  By this stipulation, the defendants now move to continue the status conference until January 19, 2017 at 9:30 a.m., and to exclude time between

November 10, 2016 and January 19, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

 3. The parties agree and stipulate, and request the Court find the following:

  a. The government has produced over 200 pages of discovery to each defendant. Additionally, the Government has completed the search of the phones and does not have results to produce, however, the government will make available the contents of the phones to any defendant who wants to review them.

  b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, the parties have begun discussing a resolution in the case, and some of the investigation the defendants are doing is to aid resolution.

  c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 10, 2016, to January 19, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4

1       because it results from a continuance granted by the Court at the

2       defendants' request on the basis of the Court's finding that the

3       ends of justice served by taking such action outweigh the best

4       interest of the public and the defendants in a speedy trial.

5   4. Nothing in this stipulation and order shall preclude a finding that

6 provision of the Speedy Trial Act dictate that additional time periods are

7 excludable from the period within which a trial must commence.

9 IT IS SO STIPULATED.

Dated: November 1, 2016        /s/  Clemente M. Jimenez
                                        CLEMENTE M. JIMENEZ
                                        Attorney for Defendant
                                        Salvador Guzman-Juarez

Dated: November 1, 2016        /s/  Michael D. Long
                                          MICHAEL D. LONG
                                        Attorney for Defendant
                                        Dolores Castorena

Dated: November 1, 2016        /s/  Dina L. Santos
                                          DINA L. SANTOS
                                        Attorney for Defendant
                                        Pedro Nolasco-Sanchez

Dated: November 1, 2016        /s/  Toni L. White
                                          TONI L. WHITE
                                        Attorney for Defendant
                                        Fidel Nolasco-Sanchez

Dated: November 1, 2016        /s/  John R. Manning
                                          JOHN R. MANNING
                                        Attorney for Defendant
                                        Zenon Nolasco-Sanchez

Dated: November 1, 2016        /s/  Hayes H. Gable
                                          HAYES H. GABLE
                                        Attorney for Defendant
                                        Domingo Nolasco-Sanchez

1  Dated: November 1, 2016                     Phillip A. Talbert
                                               Acting United States Attorney

                                               by: /s/   Owen Roth
                                               OWEN ROTH
                                               Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of November, 2016.

_____
Troy L. Nunley
United States District Judge