```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.: 2:16-CR-155 TLN |
|                                    ) | |
|            Plaintiff,              ) | STIPULATION REGARDING EXCLUDABLE TIME |
|                                    ) | PERIODS UNDER SPEEDY TRIAL ACT; |
| vs.                                ) | FINDINGS AND ORDER |
|                                    ) | |
| GUZMAN-JUAREZ et al.,              ) | Date:  March 16, 2017 |
|                                    ) | Time:  9:30 a.m. |
|            Defendants.             ) | Judge: Honorable Troy L. Nunley |
|                                    ) | |

     The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Hayes H. Gable, III, Esq., hereby stipulate the following:

     1.  By previous order, this matter was set for status conference on January 19, 2017.

     2.  By this stipulation, the defendants now move to continue the status conference until March 16, 2017, at 9:30 a.m., and to exclude time between

1 January 19, 2017 and March 16, 2017 under the Local Code T-4 (to allow
2 defense counsel time to prepare).
3    3.  The parties agree and stipulate, and request the Court find the
4 following:
5    a. The government has produced over 200 pages of discovery to each
6       defendant.  Additionally, the Government has completed the search of
7       the phones and does not have results to produce, however, the
8       government will make available the contents of the phones to any
9       defendant who wants to review them.
10   b. Counsel for the defendants need additional time to review the
11      discovery, conduct investigation, and interview potential witnesses.
12      Additionally, the parties have begun discussing a resolution in the
13      case, and some of the investigation the defendants are doing is to
14      aid resolution. The government has provided draft plea agreements to
15      at least some defendants.  Counsel for those defendants will need
16      additional time to review the plea agreements, meet with their
17      clients and review relevant guideline sections.
18   c. Counsel for the defendants believe the failure to grant a
19      continuance in this case would deny defense counsel reasonable time
20      necessary for effective preparation, taking into account the
21      exercise of due diligence.
22   d. The government does not object to the continuance.
23   e. Based on the above-stated findings, the ends of justice served by
24      granting the requested continuance outweigh the best interests of
25      the public and the defendants in a speedy trial within the original
26      date prescribed by the Speedy Trial Act.
27   f. For the purpose of computing time under the Speedy Trial Act, 18
28      United States Code Section 3161(h)(7)(A) within which trial must

1    commence, the time period of January 19, 2017, to March 16, 2017,
2    inclusive, is deemed excludable pursuant to 18 United States Code
3    Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
4    because it results from a continuance granted by the Court at the
5    defendants' request on the basis of the Court's finding that the
6    ends of justice served by taking such action outweigh the best
7    interest of the public and the defendants in a speedy trial.

8    4.   Nothing in this stipulation and order shall preclude a finding that
9 provision of the Speedy Trial Act dictate that additional time periods are
10 excludable from the period within which a trial must commence.

12 IT IS SO STIPULATED.

Dated:   January 11, 2017              /s/   Clemente M. Jimenez
                                       CLEMENTE M. JIMENEZ
                                       Attorney for Defendant
                                       Salvador Guzman-Juarez

Dated:   January 11, 2017              /s/   Michael D. Long
                                       MICHAEL D. LONG
                                       Attorney for Defendant
                                       Dolores Castorena

Dated:   January 11, 2017              /s/   Dina L. Santos
                                       DINA L. SANTOS
                                       Attorney for Defendant
                                       Pedro Nolasco-Sanchez

Dated:   January 11, 2017              /s/   Toni L. White
                                       TONI L. WHITE
                                       Attorney for Defendant
                                       Fidel Nolasco-Sanchez

Dated:   January 11, 2017              /s/   John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Zenon Nolasco-Sanchez

```
Dated:   January 11, 2017              /s/   Hayes H. Gable
                                       HAYES H. GABLE
                                       Attorney for Defendant
                                       Domingo Nolasco-Sanchez


Dated: January 12, 2017                Phillip A. Talbert
                                       Acting United States Attorney

                                       by: /s/   Owen Roth
                                       OWEN ROTH
                                       Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2017.

_____
Troy L. Nunley
United States District Judge