JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-CR-155 TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| GUZMAN-JUAREZ et al., | ) Date:  May 4, 2017 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Hayes H. Gable, III, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on March 16, 2017.

    2.  By this stipulation, the defendants now move to continue the status conference until May 4, 2017, at 9:30 a.m., and to exclude time between March

16, 2017 and May 4, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant.  Additionally, the Government has completed the search of the phones and does not have results to produce, however, the government will make available the contents of the phones to any defendant who wants to review them.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, the parties have begun discussing a resolution in the case, and some of the investigation the defendants are doing is to aid resolution. The government has provided draft plea agreements to at least some defendants.  Counsel for those defendants will need additional time to review the plea agreements, meet with their clients and review relevant guideline sections.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must

commence, the time period of March 16, 2017, to May 4, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 13, 2017          /s/   Clemente M. Jimenez
                               CLEMENTE M. JIMENEZ
                               Attorney for Defendant
                               Salvador Guzman-Juarez

Dated: March 13, 2017          /s/   Michael D. Long
                               MICHAEL D. LONG
                               Attorney for Defendant
                               Dolores Castorena

Dated: March 13, 2017          /s/   Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               Pedro Nolasco-Sanchez

Dated: March 13, 2017          /s/   Toni L. White
                               TONI L. WHITE
                               Attorney for Defendant
                               Fidel Nolasco-Sanchez

Dated: March 13, 2017          /s/   John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Zenon Nolasco-Sanchez

```
Dated:  March 13, 2017          /s/  Hayes H. Gable
                                HAYES H. GABLE
                                Attorney for Defendant
                                Domingo Nolasco-Sanchez


Dated: March 13, 2017           Phillip A. Talbert
                                United States Attorney

                                by: /s/  Owen Roth
                                OWEN ROTH
                                Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 14TH day of March, 2017.

_____
Troy L. Nunley
United States District Judge