```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-155-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| GUZMAN-JUAREZ et al., | Date: June 15, 2017 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Hayes H. Gable, III, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 4, 2017.

2. By this stipulation, the defendants now move to continue the status conference until June 15, 2017 at 9:30 a.m., and to exclude time between May

4, 2017 and June 15, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

    3. The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant. Additionally, the Government has completed the search of the phones and does not have results to produce, however, the government will make available the contents of the phones to any defendant who wants to review them.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with their clients to review relevant guideline sections. Additionally, the parties have discussed resolution with their clients; three attorneys have conferred with the government about their clients' cases; and all parties are anticipating amended resolutions by June 15, 2017.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 4, 2017, to June 15, 2017,

inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2017 /s/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Attorney for Defendant
Salvador Guzman-Juarez

Dated: May 1, 2017 /s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Dolores Castorena

Dated: May 1, 2017 /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Pedro Nolasco-Sanchez

Dated: May 1, 2017 /s/ Toni L. White
TONI L. WHITE
Attorney for Defendant
Fidel Nolasco-Sanchez

Dated: May 1, 2017 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Zenon Nolasco-Sanchez

Dated: May 2, 2017 /s/ Hayes H. Gable
HAYES H. GABLE
Attorney for Defendant
Domingo Nolasco-Sanchez

Dated: May 1, 2017

Phillip A. Talbert  
United States Attorney

by: /s/ Owen Roth  
OWEN ROTH  
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2017.

_____  
Troy L. Nunley  
United States District Judge