```
1   JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
2   1111 H Street, #204
    Sacramento, CA 95814
3   (916)444-3994
    jmanninglaw@yahoo.com
4
    Attorney for Defendant
5   ZENON NOLASCO-SANCHEZ

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,        ) Case No.: 2:16-CR-155 TLN
10                                   )
                  Plaintiff,         ) STIPULATION REGARDING EXCLUDABLE TIME
11                                   ) PERIODS UNDER SPEEDY TRIAL ACT;
    vs.                              ) FINDINGS AND ORDER
12                                   )
    GUZMAN-JUAREZ et al.,            ) Date:  July 20, 2017
13                                   ) Time:  9:30 a.m.
                  Defendants.        ) Judge: Honorable Troy L. Nunley
14                                   )
```

The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Kelly Babineau, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on June 15, 2017.

    2.  By this stipulation, the defendants (with the exception of Pedro Nolasco-Sanchez who wishes to remain on the calendar) now move to continue the status conference until July 20, 2017, at 9:30 a.m., and to exclude time

between June 15, 2017 and July 20, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

    3. The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant. Additionally, the Government has completed the search of the phones and does not have results to produce, however, the government will make available the contents of the phones to any defendant who wants to review them.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with their clients to review relevant guideline sections. Additionally, the parties have discussed resolution with their clients; three defendants have received plea agreements from the government; two defendants will be receiving amended plea agreements; and all parties are anticipating amended resolutions by July 20, 2017.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must

commence, the time period of June 15, 2017, to July 20, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 8, 2017        /s/  Clemente M. Jimenez
                           CLEMENTE M. JIMENEZ
                           Attorney for Defendant
                           Salvador Guzman-Juarez

Dated: June 7, 2017        /s/  Michael D. Long
                           MICHAEL D. LONG
                           Attorney for Defendant
                           Dolores Castorena

Dated: June 7, 2017        /s/  Toni L. White
                           TONI L. WHITE
                           Attorney for Defendant
                           Fidel Nolasco-Sanchez

Dated: June 7, 2017        /s/  John R. Manning
                           JOHN R. MANNING
                           Attorney for Defendant
                           Zenon Nolasco-Sanchez

Dated: June 7, 2017        /s/  Kelly Babineau
                           KELLY BABINEAU
                           Attorney for Defendant
                           Domingo Nolasco-Sanchez

Dated: June 7, 2017

Phillip A. Talbert
United States Attorney

by: /s/ Owen Roth
OWEN ROTH
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of June, 2017.

Troy L. Nunley
United States District Judge