1    JOHN R. MANNING (SBN 220874)
     ATTORNEY AT LAW
2    1111 H Street, #204
     Sacramento, CA 95814
3    (916)444-3994
     jmanninglaw@yahoo.com
4
     Attorney for Defendant
5    ZENON NOLASCO-SANCHEZ

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
     UNITED STATES OF AMERICA,          ) Case No.: 2:16-CR-155 TLN
10                                       )
                      Plaintiff,         ) AMENDED STIPULATION REGARDING
11                                       ) EXCLUDABLE TIME PERIODS UNDER SPEEDY
     vs.                                 ) TRIAL ACT; FINDINGS AND ORDER
12                                       )
     GUZMAN-JUAREZ et al.,               ) Date:  October 5, 2017
13                                       ) Time:  9:30 a.m.
                      Defendants.        ) Judge: Honorable Troy L. Nunley
14                                       )

15

16        The United States of America through its undersigned counsel, Owen

17   Roth, Assistant United States Attorney, together with counsel for defendant

18   Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant

19   Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro

20   Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-

21   Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez,

22   John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez,

23   Kelly Babineau, Esq., hereby stipulate the following:

24        1.  By previous order, this matter was set for status conference on

25   September 21, 2017.

26        2.  By this stipulation, the defendants now move to continue the status

27   conference until October 5, 2017, at 9:30 a.m., and to exclude time between

28

1 | September 21, 2017 and October 5, 2017 under the Local Code T-4 (to allow
2 | defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with their clients to review relevant guideline sections. (Ms. Babineau was appointed to this matter on May 12, 2017.) Additionally, counsel for the defendants are having on-going resolution discussions with their respective clients. Four defendants have received plea agreements from the government and the remaining two defendants, through their attorney's, are discussing resolution with the government.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 21, 2017, to October 5, 2017, inclusive, is deemed excludable pursuant to 18 United States Code

1         Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4

2         because it results from a continuance granted by the Court at the

3         defendants' request on the basis of the Court's finding that the

4         ends of justice served by taking such action outweigh the best

5         interest of the public and the defendants in a speedy trial.

6     4.  Nothing in this stipulation and order shall preclude a finding that

7 provision of the Speedy Trial Act dictate that additional time periods are

8 excludable from the period within which a trial must commence.

9 IT IS SO STIPULATED.

10
Dated:  September 18, 2017           /s/  Clemente M. Jimenez

11                                       CLEMENTE M. JIMENEZ
                                      Attorney for Defendant

12                                       Salvador Guzman-Juarez

13
Dated:  September 18, 2017           /s/  Michael D. Long

14                                       MICHAEL D. LONG
                                      Attorney for Defendant

15                                       Dolores Castorena

16
Dated:  September 18, 2017           /s/  Dina L. Santos

17                                       DINA L. SANTOS
                                      Attorney for Defendant

18                                       Pedro Nolasco-Sanchez

19
Dated:  September 18, 2017           /s/  Toni L. White

20                                       TONI L. WHITE
                                      Attorney for Defendant

21                                       Fidel Nolasco-Sanchez

22
Dated:  September 18, 2017           /s/  John R. Manning

23                                       JOHN R. MANNING
                                      Attorney for Defendant

24                                       Zenon Nolasco-Sanchez

25
Dated:  September 18, 2017           /s/  Kelly Babineau

26                                       KELLY BABINEAU
                                      Attorney for Defendant

27                                       Domingo Nolasco-Sanchez

28 ///

| | |
|---|---|
| 1 | Dated: September 18, 2017            Phillip A. Talbert<br>                                     United States Attorney |
| 2 | |
| 3 |                                      by: /s/  Owen Roth<br>                                     OWEN ROTH<br>                                     Assistant United States Attorney |
| 4 | |
| 5 | |
| 6 | **ORDER** |
| 7 | IT IS SO FOUND AND ORDERED this 19th day of September, 2017. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Troy L. Nunley<br>United States District Judge |