UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 8, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GUZMAN-JUAREZ,<br><br>Defendant. | Case No. 2:16-CR-00155-TLN-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SALVADOR GUZMAN-JUAREZ, Case No. 2:16-CR-00155-TLN-01 Charge 18 U.S.C. § 3, from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $ _____

\_\_\_\_  Unsecured Appearance Bond $ _____

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

**X**   (Other): Defendant sentenced to time served.

Issued at Sacramento, California on March 8, 2018 at 10:00 AM.

By: _[signature]_

District Judge Troy L. Nunley